UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CIBIX MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLARKSTRON HOTEL GROUP, LLC, et al., <br><br> Defendant. | Case No. 2:18-cv-02057-RFB-GWF <br><br> **ORDER** |

This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (ECF No. 1) in this matter was filed on October 25, 2018. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** that Plaintiff shall file its Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **December 11, 2018.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 4th day of December, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1